SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2022 AUG 15 PM 3: 22

Leland Cortez

Sofia Abbas

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

Canaan Barton #140

Shelly Israel #111

Tyler Smith #141

N. Hagin #124

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Penal codes: 37.02, 37.03, 37.04, 37.05, 37.06, 42.07, 15.02.

USC 118.1, USC 8.136, USC 28, USC 4101. 1st & 14th Amendment.

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
                    (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Leland & Sofia | Cortez & Abbas | |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 4916 Gooseberry Trl | | |
|---|---|---|
| Street Address | | |

| Hood, Granbury | TX | 76048 |
|---|---|---|
| County, City | State | Zip Code |

| (682)459-6568 | Leland_luck@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     Canaan                Barton
First Name                Last Name

Deputy Hood County
Current Job Title (or other identifying information)

400 Deputy Larry Miller Drive
Current Work Address (or other address where defendant may be served)

Hood, Granbury            TX
County, City                State            Zip Code


Defendant 2:     Shelly                Israel
First Name                Last Name

Deputy Hood County
Current Job Title (or other identifying information)

400 Larry Miller Drive
Current Work Address (or other address where defendant may be served)

Hood, Granbury            TX                76048
County, City                State            Zip Code


Defendant 3:     Tyler                Smith
First Name                Last Name

Deputy Hood County
Current Job Title (or other identifying information)

400 Larry Miller Drive
Current Work Address (or other address where defendant may be served)

Hood, Granbury            TX                76048
County, City                State            Zip Code

Defendant 4:    **N**                            **Hagin**

First Name                        Last Name

**Deputy Hood County**

Current Job Title (or other identifying information)

**400 Larry Miller Drive**

Current Work Address (or other address where defendant may be served)

**Hood, Granbury**            **TX**            **76048**

County, City                        State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    4916 Gooseberry Trl, Blueberry Trail, Hill Top Rd. Granbury, TX. 76048

Date(s) of occurrence:    **March 14, 2021**

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I, Leland Cortez, on March 14, 2021 and my family rights as American citizens were violated in an attempt to ruin our lives. Canaan Barton, Israel Shelly, Tyler Smith, and N. Hagin wrote statements under oath and filed false statements which led to my false arrest and also my family being detained. They all committed multiple offenses including, penal code [37.02] perjury; penal code [37.03] aggravated perjury, when they made statements in official proceedings; penal code [37.04] materiality, they gave evidence that affected the outcome; penal code [37.05] retraction, before it came manifest that the falsity of the statement would be exposed; penal code [37.06] inconsistent statements that can not be true; United States penal code [8.136] 1622 subornation of perjury collaboration; and United States penal code [118.1] illegal for police officer to falsify a crime report. Soon after, deputy Canaan Barton and N. Hagin committed penal code [22.01] assault; penal code 22.05 false arrest; penal code [118.1]; penal code [42.07] harassment; penal code [97] unlawful detainment of Sofia Abbas and my two nephews; and [28] U.S. code 4101 defamation, violates my 1st amendment rights to freedom of

Page 5

speech and violates my 14th amendment to Equal Rights. Therefore, all of Tyler Smith,

Shelly Israel, Canaan Barton, and N. Hagin violations include; 37.02, 37.03, 37.04,

37.05, 37.06, USC 118.1, USC 8.136, USC 28, 42.07, 15.02, 1st, 14th amendment.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Sofia Abbas sustained shoulder injury due to unlawful arrest, received medical attention at

ER and future medical attention and expenses is needed. Future mental health attention

for post traumatic stress disorder, anguish, depression, anxiety, disfigurements, loss of

consortium, loss of opportunities, and long term physical pain and suffering, etc. Future

and past lost wages.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

1.5million usd, Hood County full accountability and apology statement, charges be

brought upon unlawful deputies.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 08/11/2022 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Leland & Sofia | | Cortez & Abbas |
| First Name | Middle Initial | Last Name |
| 4916 Gooseberry Trl | | |
| Street Address | | |
| Hood, Granbury | TX | 76048 |
| County, City | State | Zip Code |
| (682)459-6568 | | Leland_luck@yahoo.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.